IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE DOMER,<br>  Plaintiff,<br><br>       v.<br><br>SKILLGIGS, INC.,<br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)     Civil Action No. 25-1506<br>)<br>)<br>) |

**ORDER ON MOTIONS PRACTICE**

The parties shall submit to the following rules in making and responding to motions on any case assigned to this member of the Court:

   1.  A motion shall state the factual and legal grounds for said motion, and shall be accompanied by a brief in support.  A brief in support of a motion shall not exceed twenty (20) pages in length.   No briefs are required for discovery motions, motions for extension of time and motions for continuance.

   2.  Responses to non-dispositive motions shall be filed within fourteen (14) days, not to exceed five (5) pages.  No reply briefs to non-dispositive motions are permitted without leave of court.  Responses to dispositive motions shall be filed within twenty-one (21) days.  Responsive briefs are limited to twenty (20) pages in length.  Reply briefs are permitted to dispositive motions, and must be submitted within fourteen (14) days of service of the response and are not to exceed ten (10) pages.   Sur reply briefs are not to be filed without leave of Court, and will be limited to five (5) pages, if leave is granted.  **No briefing schedule will issue.**

   3.  Oral argument will not be scheduled unless the Court determines that it is necessary. An order will be issued should the Court deem oral argument necessary.

    4.   Counsel should be familiar with this Court's Practices and Procedures (See Court Practices and Procedures at www.pawd.uscourts.gov, link "court practice".)

    **SO ORDERED** this 30th day of October, 2025.

                                       _s/Nora Barry Fischer_
                                       Nora Barry Fischer
                                       Senior United States District Judge

cc/ecf: counsel of record